

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-91,781-01 & -02

### EX PARTE CARLOS NAVARRO, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W17-24050-U(A) & W17-24053-U(A)
### IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

**O R D E R**

Applicant was convicted of felon possessing a firearm and aggravated robbery and sentenced to imprisonment. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court entered an order designating issues. However, the record supplied to this Court does not contain findings from the trial court resolving the disputed factual issues.

The applications are remanded to the trial court to complete its evidentiary investigation. The trial court shall make findings of fact and conclusions of law resolving the disputed factual issues within ninety days from the date of this order. The district clerk shall then immediately forward to

this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: October 7, 2020
Do not publish